*This case was not selected for publication
in the Federal Reporter*

Fernando TENORIO, Petitioner–
Appellant

v.

Paul A. KASTNER, Warden,
Respondent–Appellee.

No. 08–40441
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 10, 2008.

Fernando Tenorio, Texarkana, TX, pro se.

Before DAVIS, WIENER, and PRADO, Circuit Judges.

PER CURIAM: *

Fernando Tenorio, federal prisoner # 38994–018, appeals the dismissal of his

28 U.S.C. § 2241 petition challenging the validity of his conviction for conspiracy to possess with the intent to distribute and possession with the intent to distribute cocaine, in violation of 46 U.S.C. § 1903 (now codified at 46 U.S.C. § 70503), and resulting 252–month sentence. Tenorio has not shown that the district court erred by concluding that his claims, which arose from events that occurred prior to sentencing, attacked the validity of his conviction and sentence and therefore that the petition was properly construed as a 28 U.S.C. § 2255 motion. *See Tolliver v. Dobre,* 211 F.3d 876, 877 (5th Cir.2000); *Cox v. Warden, Fed. Detention Ctr.,* 911 F.2d 1111, 1113 (5th Cir.1990). He also has failed to demonstrate that he should be permitted to proceed with his § 2241 petition under the savings clause of § 2255(e), as he has not shown that his claims are based on a retroactively applicable Supreme Court case which establishes that he was convicted of a nonexistent offense. *See Reyes–Requena v. United States,* 243 F.3d 893, 904 (5th Cir.2001). Accordingly, the district court's judgment is AFFIRMED.